**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1439**

LAWRENCE F. GLASER, individually and on behalf of Kimberly,
Erin, Hannah and Benjamin Glaser,

    Plaintiff - Appellant,

  and

MAUREEN GLASER, individually and on behalf of Kimberly,
Erin, Hannah and Benjamin Glaser,

    Plaintiff,

    v.

ENZO BIOCHEM, INCORPORATED; HEIMAN GROSS; BARRY WEINER;
ELAZAR RABBANI; SHARIM RABBANI; JOHN DELUCCA; DEAN
ENGELHARDT,

    Defendants - Appellees,

  and

RICHARD KEATING; DOUG YATES; JOHN DOE, 1-50,

    Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (1:02-cv-01242-GBL)

Submitted: September 29, 2011  Decided: October 4, 2011

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Lawrence F. Glaser, Appellant Pro Se.   Donald Howard Chase,
MORRISON & COHEN, LLP, New York, New York; Robert Richardson
Vieth, COOLEY, GODWARD & KRONISH, LLP, Reston, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence F. Glaser appeals the district court's order denying his motion for reconsideration under Fed. R. Civ. P. 60 and motion for sanctions, which were filed in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Glaser v. Enzo Biochem, Inc., No. 1:02-cv-01242-GBL (E.D. Va. Apr. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED